**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL LOTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　Defendant. | Case No.: C-11-05777-YGR<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Due to the recent reassignment of this case, the Case Management Conference previously set for Wednesday, April 11, 2012 at 2:00 p.m. is hereby **RESET** to **Monday, April 16, 2012** at **2:00 p.m.**, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

The parties are advised that if they are unavailable at 2:00 p.m. on April 16, 2012, they should contact Frances Stone, the Courtroom Deputy, at 510-637-3540, who can reschedule the parties' Case Management Conference to the original time of 2:00 p.m. on April 11, 2012.

**IT IS SO ORDERED.**

April 2, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**