Victor C. Thuesen, Esq., #92467
LAW OFFICES OF VICTOR C. THUESEN
11 Western Avenue
Petaluma, California 94952
Telephone: (707) 763-5030
Fax: (707) 763-1848
vthuesen@sbcglobal.net

Attorney for Plaintiff MIGUEL LOTA

Andrew J. Jaramillo, CA Bar No. 198303
andrew.jaramillo@ogletreedeakins.com
John G. Lee, CA Bar No. 238899
john.lee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Fax: (415) 442-4870

Attorneys for Defendant HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MIGUEL LOTA, | Case No.: C 11-05777 YGR LB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATED REQUEST TO EXTEND TIME FOR SUBMISSION OF BRIEFS PURSUANT TO ORDER RE FURTHER SUBMISSIONS IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM (ECF 27) |
| HOME DEPOT U.S.A., INC., and DOES 1 through 20, | |
| Defendants. | |

Plaintiff MIGUEL LOTA and Defendant HOME DEPOT U.S.A., INC., through their respective counsel, submit this stipulated joint request to again extend the time for submission of briefs and materials in further support of or opposition to the pending Petition For Appointment of Guardian Ad Litem in the herein case. Good cause exists for the requested extension for the reasons set forth below.

1. Plaintiff filed a Petition For Appointment of Guardian Ad Litem on April 15, 2012. (ECF 19) On April 23, 2012, the court referred the matter to Magistrate Judge Laurel

1  Beeler. (ECF 24) On May 2, 2012, Magistrate Beeler ordered Plaintiff to submit a brief and additional declaration(s) setting forth certain additional information by May 18, 2012. The order also permitted Defendant to respond if it wished to do so on May 25, 2012. (ECF 27)

2.  On May 17, 2012, Magistrate Beeler extended the dates for submission of briefs and additional declaration(s) to May 25, 2012 for Plaintiff and to June 1, 2012 for Defendant, if it wished to respond. The parties here agree to again extend the dates for the reasons set forth herein.

3.  Plaintiff represents that some or all of the information that Plaintiff intends to submit is private and confidential and should, in order to protect Plaintiff and his family from unnecessary intrusions on their privacy, only be submitted to the court pursuant to the provisions of an appropriately worded protective order. Certain of that information resides in employment related records which Plaintiff has supplied to Defendant.

4.  The parties anticipated the need for a protective order and have submitted a stipulation for the entry of an agreed protective order to the court. (ECF 29) The parties anticipate that the court will issue the protective order but agree that the time for Plaintiff's further submissions should be extended for a period of five (5) court days after the issuance of either the protective order the parties have submitted or another of the Court's choosing. The parties also agree to extend the time for Defendant's responsive submission to a date seven (7) court days after the submission of Plaintiff's brief and additional declaration(s).

IT IS SO STIPULATED.

Dated: May 23, 2012

          LAW OFFICES OF VICTOR C. THUESEN

          By:  /s/ Victor C. Thuesen
                VICTOR C. THUESEN
                Attorney for Plaintiff Miguel Lota

///
///
///

1 | Dated: May 23, 2012

2 |                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

4 |
5 |                    By:   /s/ John G. Lee
                             Attorneys for Defendant
                             THE HOME DEPOT U.S.A., INC.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Victor C. Thuesen, attest that concurrence in the filing of this document has been obtained from counsel to Defendant.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2012 at Petaluma, California.

### ~~(PROPOSED)~~ ORDER

The Court adopts the Stipulation of the Parties and hereby extends the time for filing of Plaintiff's letter brief and declaration(s) to for a period of five (5) court days after the issuance of either the protective order the parties have submitted or another of the Court's choosing. The parties also agree to extend the time for Defendant's responsive submission to a date seven (7) court days after the submission of Plaintiff's brief and additional declaration(s).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 25, 2012

                                        _____
                                        LAUREL BEELER
                                        United States Magistrate Judge