United States District Court
Northern District of California

1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                   **NORTHERN DISTRICT OF CALIFORNIA**
6
7
8
9  **MIGUEL LOTA, and JEAN LOTA, as**        Case No.: **11-CV-05777 YGR**
   **Guardian *Ad Litem* of Miguel Lota,**
10                                            **ORDER SETTING CASE MANAGEMENT**
            **Plaintiff(s),**                **CONFERENCE**
11
            **vs.**
12
   **HOME DEPOT U.S.A., INC.,**
13
            **Defendant(s).**
14

15  TO ALL PARTIES AND COUNSEL OF RECORD:

16      YOU ARE HEREBY NOTIFIED THAT a Case Management Conference in this matter is **SET** fot

17  **Monday, December 17, 2012** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at

18  1301 Clay Street, Oakland, California, Courtroom 5.

19      **IT IS SO ORDERED.**

20

21  Date:December 13, 2012

22                                    **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**
23

24

25

26

27

28