**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MIGUEL LOTA, and JEAN LOTA, as Guardian *Ad Litem* of Miguel Lota,**<br><br>　　　　**Plaintiff(s),**<br><br>　　vs.<br><br>**HOME DEPOT U.S.A., INC.,**<br><br>　　　　**Defendant(s).** | Case No.: 11-CV-05777 YGR<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT a Case Management Conference in this matter is **SET** fot **Monday, December 17, 2012** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date:December 13, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**