UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LOTA,<br><br>          Plaintiff,<br><br>     vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>          Defendant(s). | Case No.: 11-CV-05777 YGR<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE; AND SETTING COMPLIANCE HEARING RE: PRETRIAL INSTRUCTIONS |

In light of the parties' progress resolving the outstanding discovery issues, the Case Management Conference set for Monday, January 28, 2013 is hereby **VACATED**. Unless requested by the parties, the Court will not schedule a further Case Management Conference. In the event that a Case Management Conference is required in the future, the parties should contact the Courtroom Deputy, Frances Stone, at 510-637-3540, and request to be placed on calendar. A joint statement regarding the status of the case and issues to be addressed at the Case Management Conference must be filed no later than 7 days before any further Case Management Conference.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference, scheduled for May 17, 2013. A compliance hearing shall be held to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing is set for **Friday, May 10, 2013** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page **JOINT STATEMENT** confirming they have complied with this requirement or explaining

their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date:January 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**