# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGUEL LOTA** *et al.*, <br>     **Plaintiff(s),** <br> vs. <br> **THE HOME DEPOT U.S.A., INC.,** <br>     **Defendant(s).** | Case No.: 11-CV-05777 YGR <br><br> **ORDER CONTINUING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Having reviewed and considered the parties' Joint Statement (Dkt. No. 67), the Court hereby **CONTINUES** the Compliance Hearing from Friday, April 5, 2013 to **Friday, May 31, 2013** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file (i) a Form of Judgment and deadlines for the parties to brief a motion for an award of attorneys' fees and costs; (ii) a Stipulation of Dismissal; or (iii) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to file the above. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The Request for Telephonic Appearance (Dkt. No. 66) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: April 2, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**